UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LORA SPANN                                                                 PLAINTIFF

V.                                        Civil No. 1:16-cv-00232-GHD-DAS

UNITED PARCEL SERVICE, INC.                                 DEFENDANT

**SUMMARY JUDGMENT**

For the reasons set forth in the memorandum opinion issued this day, the Court ORDERS that the Defendant United Parcel Service's Motion for Summary Judgment [60] is GRANTED. Plaintiff Lora Spann's claims against Defendant are DISMISSED with prejudice, and this case is CLOSED.

SO ORDERED, this, the ___ day of June 2018.

_____
SENIOR U.S. DISTRICT JUDGE